


# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

January 22, 2013

Mr. Thomas G. Bruton
Clerk
United States District Court
Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street, Room 2044
Chicago, IL 60604

**FILED**
1-25-13
JAN 25 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Nathan nmn Thomas
    Our Case Number: CR 04-263 JNE
    Your Case Number: 13CR 0050

Dear Clerk:

### Initial Transfer Out

[ ]  Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[X]  Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

[ ]  Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

s/Jenny Dunbar Fannemel

Jenny Dunbar Fannemel, Deputy Clerk

cc: Nicole A. Engisch, Assistant U. S. Attorney
    Federal Defender's Office
    Joi C. Kvern, Probation Officer (Minneapolis)(All except Rule 5)
    Financial Litigation Unit (Final & Transfer In)
    Financial Services Department (Final & Transfer In)
    File CR 04-263 JNE

criminal\transferletter.frm                                Form Modified 10/14/08



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton

312-435-5698

January 17, 2013

U.S. District Court
Clerk's Office
316 N. Robert Street, Suite 100
St. Paul, MN 55101



RECEIVED
BY MAIL
JAN 22 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**Re:** US vs Nathan Thomas
Our case number: 13cr50 - **Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Nathan Thomas, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Thomas G. Bruton
Clerk

by:
s/Ellenore Duff

Enclosure

Prob 22 (Rev. 03/97)

| | DOCKET NO. (Transferring Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 0864-0:04CR00263-001(JNE) |
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Nathan Thomas<br>Chicago, IL 60628 | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Joan N. Ericksen | |
| | TYPE OF SUPERVISION | FROM | TO |
| | SUPERVISED RELEASE | 01/04/2013 | 01/03/2018 |

RECEIVED BY MAIL
JAN 22 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**OFFENSE**

Narcotics-Sell, Distribute, Or Dispense

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois-Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1-9-2013
Date

_____
Joan N. Ericksen   United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

JAN 1 5 2013
Effective Date

_____
James F. Holderman   United States District Judge

JUDGE CHANG

13CR 0050

MAGISTRATE JUDGE KEYS

RECEIVED
JAN 1 5 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 13cb50  Judge Chang  Mag. Judge Keys |
| Plaintiff, ) | INDICTMENT  Cr 04-263 (JNE/SRN) |
| v. ) | (21 U.S.C. § 841(a)(1)) |
| ) | (21 U.S.C. § 841(b)(1)(A)) |
| NATHAN NMN THOMAS, ) | |
| Defendant. ) | FILED  1-25-13  JAN 2 5 2013  THOMAS G. BRUTON  CLERK, U.S. DISTRICT COURT |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1
(Possession With Intent To Distribute)

On or about May 19, 2004, in the State and District of Minnesota, the defendant,

NATHAN NMN THOMAS,

did knowingly and intentionally possess with the intent to distribute approximately seventy grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY              FOREPERSON

A true copy in ___1___ sheet(s)
of the record in my custody,
CERTIFIED __11-22__ 20_13_
Richard D. Sletten, Clerk
_____
Deputy Clerk

SCANNED
JUN 2 3 2004
U.S. DISTRICT COURT MPLS

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**NATHAN THOMAS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **04CR263   (JNE/SRN)**<br>USM Number: **11671-041**<br>Social Security Number: 6580<br>Date of Birth: 1974<br><br>**JAMES B. SHEEHY**<br>Defendant's Attorney |

**THE DEFENDANT:**

[x]   pleaded guilty to count: **1**.
[]    pleaded nolo contendere to counts(s) **which was accepted by the court.**
[]    was found guilty on count(s) after a plea of not guilty.
The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(a)(1)&(b)(1)(A) | Possession with Intent to Distribute Approximately 70 Grams of Cocaine Base | 5-19-04 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]    The defendant has been found not guilty on counts(s).
[]    Count(s) (is)(are) dismissed on the motion of the United States.
      **Special Assessment of $100.00.**

   It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

A true copy in ____4____ sheet (s)
of the record in my custody.
CERTIFIED, 11-22 20 13
Richard D. Sletten, Clerk
BY: _____
     Deputy Clerk

August 18, 2005
Date of Imposition of Judgment

s/ Joan N. Ericksen
Signature of Judge

**JOAN N. ERICKSEN**, United States District Judge
Name & Title of Judge

August 18, 2005
Date

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: NATHAN THOMAS
CASE NUMBER: 04CR263 (JNE/SRN)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one-hundred-twenty-one (121) months**.

[x]   The court makes the following recommendations to the Bureau of Prisons:
**Court recommends incarceration in the State of Florida. The Court also recommends Defendant be allowed to participate in the 500-hour comprehensive drug treatment program offered by the Bureau of Prisons if he is eligible.**

[x]   The defendant is remanded to the custody of the United States Marshal.

[]    The defendant shall surrender to the United States Marshal for this district.
      [] at   on .
      [] as notified by the United States Marshal.

[]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [] **before  on** .
      [] as notified by the United States Marshal.
      [] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on_____ to _____
a _____, with a certified copy of this Judgment.

                                                              _____
                                                                    United States Marshal

                                                          By  _____
                                                                    Deputy United States Marshal

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

DEFENDANT: NATHAN THOMAS
CASE NUMBER: 04CR263 (JNE/SRN)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **five (5) years**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[x]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[x]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Sheet 3A - Supervised Release
---

DEFENDANT: NATHAN THOMAS
CASE NUMBER: 04CR263 (JNE/SRN)

# SPECIAL CONDITIONS OF SUPERVISION

a    The defendant shall not commit any crimes, federal, state, or local.

b    The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c    The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d    The defendant shall undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

e    The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

f    The defendant shall cooperate in the collection of DNA as approved by the probation officer and mandated pursuant to 18 U.S.C. §§ 3563(a) and 3583(d).

U.S. District Court
District of Minnesota (DMN)
**CRIMINAL DOCKET FOR CASE #: 0:04-cr-00263-JNE-SRN-1**

Case title: USA v. Thomas
Magistrate judge case number: 0:04-mj-00222-JEC

Date Filed: 06/22/2004
Date Terminated: 08/18/2005

Assigned to: Judge Joan N. Ericksen
Referred to: Judge Susan Richard Nelson

### Defendant (1)

**Nathan nmn Thomas**
*TERMINATED: 08/18/2005*

represented by **Andrew H Mohring**
Office of the Federal Defender
107 US Courthouse
300 South Fourth Street
Mpls, MN 55415
(612) 664-5858
Fax: (612) 664-5850
Email: andrew_mohring@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Daniel M Scott**
Kelley, Wolter & Scott, P.A.
431 S Seventh Street; Suite 2530
Mpls, MN 55415
(612) 371-9090
Fax: (612) 371-0574
Email: dscott@kelleywolter.com
*TERMINATED: 05/28/2004*
*Designation: Public Defender or Community Defender Appointment*

**Douglas Olson**
Office of the Federal Defender
300 S 4th St, Ste 107
Minneapolis, MN 55415
612-664-5858
Fax: 612-664-5850
Email: doug_olson@fd.org
*TERMINATED: 04/04/2008*
*Designation: Public Defender or*

*Community Defender Appointment*

**James B Sheehy**
Sheehy Law, Ltd
247 3rd Ave S
Mpls, MN 55415
612-341-1011
Fax: 612-341-0116
Email: jim@sheehylawltd.com
*TERMINATED: 04/03/2008*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(A) POSSESSION OF COCAINE BASE ("CRACK") WITH INTENT TO DISTRIBUTE<br>(1) | Custody of BOP for 121 months; 5 years Supervised Release; $100.00 Special Assesment. Sentence Reduced to 120 months. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Possess with intent to distribute crack cocaine in violation of 21 USC 841(a)(1) and 841(b)(1)(A) | |

---

**Plaintiff**

USA     represented by    **Nicole A Engisch**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
(612) 664-5600
Email: nicole.engisch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph T Dixon , III**

United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612-664-5600
Fax: 612-664-5786
Email: joe.dixon@usdoj.gov
*TERMINATED: 01/10/2013*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2004 | 1 | COMPLAINT by USA Joseph T. Dixon with affidavit of Heather Weyker, DEATF, as to Nathan Thomas (1) by Magistrate Judge J. Earl Cudd 2pgs (warrant issued) (BLW)[0:04-mj-00222-JEC] (Entered: 05/26/2004) |
| 05/25/2004 |  | Bench Warrant Issued as to Nathan Thomas by Magistrate Judge J. Earl Cudd(BLW)[0:04-mj-00222-JEC] (Entered: 05/26/2004) |
| 05/25/2004 | 2 | Minute Entry for proceedings held before Magistrate Judge J Earl Cudd :Initial Appearance as to Nathan Thomas held on 5/25/2004, Counsel to be appt'd. Detention/Preliminary Hearing set for 5/27/2004 10:30 AM in Minneapolis - Courtroom 8E befor[0:04e Magistrate Judge J Earl Cudd. Govt moves for detention, granted, temporary detention ordered (Court Reporter None and Tape #Not Taped) 1pg (BLW)[0:04-mj-00222-JEC] (Entered: 05/26/2004) |
| 05/25/2004 | 3 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Nathan Thomas Detention Hearing set for 5/27/2004 10:30 AM in Minneapolis - Courtroom 8E before Magistrate Judge J Earl Cudd. Signed by Magistrate Judge J Earl Cudd on 5/25/04 1pg (BLW)[0:04-mj-00222-JEC (Entered: 05/26/2004) |
| 05/27/2004 | 4 | Minute Entry for proceedings held before Magistrate Judge J Earl Cudd :Detention Hearing as to Nathan Thomas held on 5/27/2004, Preliminary Examination as to Nathan Thomas held on 5/27/2004. Deft detained. Deft bound over to District Court in MN.(Tap[0:04e #2004 10 1155-1360) (LEG)[0:04-mj-00222-JEC] (Entered: 05/27/2004) |
| 05/27/2004 | 5 | Bench Warrant Returned Executed on 5/25/04 as to Nathan Thomas 1pg (BLW)[0:04-mj-00222-JEC] (Entered: 05/28/2004) |
| 05/28/2004 | 6 | CJA 20 as to Nathan Thomas : Appointment of Attorney James Brian Sheehy for Nathan Thomas. Signed by Magistrate Judge J Earl Cudd on 5/25/04 1pg (BLW)[0:04-mj-00222-JEC] (Entered: 06/01/2004) |
| 06/03/2004 | 7 | ORDER OF DETENTION as to Nathan Thomas (1). Signed by Magistrate Judge J Earl Cudd on 6/3/2004. (MC)[0:04-mj-00222-JEC] (Entered: 06/03/2004) |
| 06/22/2004 | 8 | INDICTMENT assigned to Judge Ericksen and referred to Magistrate Judge Nelson by USAtty Joseph T. Dixon III as to Nathan Thomas (1) count(s) 1. (PJS) (Entered: 06/23/2004) |
| 06/23/2004 | 9 | ORDER as to Nathan nmn Thomas ; Disclosure due 7/6/2004. Motions due |

| | | |
|---|---|---|
| | | by 7/13/2004. Response due 7/20/2004. Arraignment and Motion Hearing set for 7/28/2004 09:30 AM in St Paul - Courtroom C before Magistrate Judge Susan R Nelson. Voir Dire/Jury Instructions due one week prior to trial. Parties to contact Judge Ericksen's calendar clerk for trial date. Signed by Magistrate Judge Susan R Nelson on 06/23/2004. (MC) Modified on 6/25/2004. (Entered: 06/24/2004) |
| 06/24/2004 | 10 | MOTION for Discovery by USA as to Nathan nmn Thomas. (Attachments: # 1 Certificate of Service)(Dixon, Joseph) (Entered: 06/24/2004) |
| 07/13/2004 | 12 | MOTION for Discovery by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 13 | MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 14 | MOTION to Compel *Disclosure of Evidence Favorable to Defendant* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 15 | MOTION for Discovery *and Suppression of Statements, Admissions and Answers* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). I left a message for Mr. Sheehy that we need him to docket this motion again as a suppression motion as it was only docketed as a discovery motion. (Entered: 07/13/2004) |
| 07/13/2004 | 16 | MOTION for Discovery *and Inspection of Product of and of Records of Electronic Surveillance and other Surveillance* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 17 | MOTION for Disclosure *and Make Informants Available for Interview* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 18 | MOTION for Discovery *of Expert Witnesses* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 19 | MOTION to Suppress *Eyewitness Identifications* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 20 | MOTION to Retain Rough Notes by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 21 | MOTION for Disclosure *of 404 Evidence* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/14/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/13/2004 | 22 | Certificate of Service by Nathan nmn Thomas re 19 MOTION to Suppress *Eyewitness Identifications,* 20 MOTION to Retain Rough Notes, 21 MOTION for Disclosure *of 404 Evidence,* 12 MOTION for Discovery, 13 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure,* |

| | | |
|---|---|---|
| | | 14 MOTION to Compel *Disclosure of Evidence Favorable to Defendant*, 15 MOTION for Discovery *and Suppression of Statements, Admissions and Answers*, 16 MOTION for Discovery *and Inspection of Product of and of Records of Electronic Surveillance and other Surveillance*, 17 MOTION for Disclosure *and Make Informants Available for Interview*, 18 MOTION for Discovery *of Expert Witnesses*.(Sheehy, James) Modified on 7/19/2004 (Gilgenbach, Leah). (Entered: 07/13/2004) |
| 07/15/2004 | 23 | MOTION to Suppress *Statements, Admissions and Answers* by Nathan nmn Thomas. (Sheehy, James) Modified on 7/15/2004. (Entered: 07/15/2004) |
| 07/15/2004 | 24 | Certificate of Service by Nathan nmn Thomas re 23 MOTION to Suppress *Statements, Admissions and Answers*.(Sheehy, James) Modified on 7/15/2004. (Entered: 07/15/2004) |
| 07/17/2004 | 25 | RESPONSE to Motion by USA as to Nathan nmn Thomas re 19 MOTION to Suppress *Eyewitness Identifications*, 20 MOTION to Retain Rough Notes, 21 MOTION for Disclosure *of 404 Evidence*, 12 MOTION for Discovery, 13 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure*, 14 MOTION to Compel *Disclosure of Evidence Favorable to Defendant*, 23 MOTION to Suppress *Statements, Admissions and Answers*, 15 MOTION for Discovery *and Suppression of Statements, Admissions and Answers*, 16 MOTION for Discovery *and Inspection of Product of and of Records of Electronic Surveillance and other Surveillance*, 17 MOTION for Disclosure *and Make Informants Available for Interview*, 18 MOTION for Discovery *of Expert Witnesses* (Attachments: # 1 Certificate of Service)(Dixon, Joseph) Modified on 7/19/2004 (Gilgenbach, Leah). (Entered: 07/17/2004) |
| 07/26/2004 | 26 | TRANSCRIPT of Preliminary/Detention Hearing as to Nathan nmn Thomas held on 5/27/04 before Magistrate Judge J. Earl Cudd. Court Reporter: Lisa M. Thorsgaard. 16pgs FILED CONVENTIONALLY (BLW) (Entered: 07/26/2004) |
| 07/28/2004 | 27 | Minute Entry for proceedings held before Magistrate Judge Susan R Nelson :Arraignment as to Nathan nmn Thomas (1) Count 1 held on 7/28/2004. Voir Dire/Jury Instruction due one week prior to trial. Trial date to be determined by Judge Joan N. Ericksen's chambers. (Court Reporter: Maria Weinbeck and Tape #: 355) (MC) (Entered: 07/28/2004) |
| 07/28/2004 | 28 | Minute Entry for proceedings held before Magistrate Judge Susan R Nelson :Motion Hearing as to Nathan nmn Thomas held on 7/28/2004 ; Deft (s) addtl briefs due 8/11/04; Govt's addtl briefs due 8/18/04. Order and R&R to be issued. (Court Reporter: Maria Weinbeck and Tape #: 355-56) (MC) (Entered: 07/28/2004) |
| 08/03/2004 | 29 | TRANSCRIPT of motion hearing as to Nathan nmn Thomas held on 7/28/04 before Judge Magistrate Susan R. Nelson Court Reporter: Maria Weinbeck. (LEG) (Entered: 08/04/2004) |
| 08/11/2004 | 30 | MEMORANDUM in Support by Nathan nmn Thomas re 13 First MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure* (Sheehy, James) (Entered: 08/11/2004) |

| 08/11/2004 | 31 | Certificate of Service by Nathan nmn Thomas re 30 Memorandum in Support of Motion.(Sheehy, James) (Entered: 08/11/2004) |
| --- | --- | --- |
| 08/18/2004 | 32 | MEMORANDUM in Opposition by USA as to Nathan nmn Thomas re 13 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure* (Attachments: # 1 Certificate of Service)(Dixon, Joseph) Modified on 8/18/2004 . (Entered: 08/18/2004) |
| 08/31/2004 | 33 | ORDER GRANTING 10 Government's Motion for Discovery as to Nathan nmn Thomas (1); DENYING AS MOOT 12 Motion for Discovery as to Nathan nmn Thomas (1); DENYING AS MOOT 14 Motion to Compel as to Nathan nmn Thomas (1); DENYING AS MOOT 15 Motion for Discovery as to Nathan nmn Thomas (1); DENYING AS MOOT 16 Motion for Discovery as to Nathan nmn Thomas (1); DENYING 17 Motion for Disclosure as to Nathan nmn Thomas (1); DENYING 18 Motion for Discovery as to Nathan nmn Thomas (1); GRANTING 20 Motion to Retain Rough Notes as to Nathan nmn Thomas (1); DENYING AS MOOT 21 Motion for Disclosure as to Nathan nmn Thomas (1). Signed by Magistrate Judge Susan R Nelson on 8/31/2004. (MC) (Entered: 09/01/2004) |
| 09/07/2004 | 34 | REPORT AND RECOMMENDATION as to Nathan nmn Thomas recommends 19 First MOTION to Suppress *Eyewitness Identifications* be denied as moot, 13 First MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure* be denied, 23 First MOTION to Suppress *Statements, Admissions and Answers* be granted, in part, and denied, in part. R&R deadline 10/7/2004. Signed by Magistrate Judge Susan R Nelson on 9/7/2004. (MC) (Entered: 09/07/2004) |
| 09/07/2004 | 35 | EXHIBIT LIST with attached exhibits by USA (Attachments: # 1 Govt Exhibit 1# 2 Govt Exhibit 2)(MKF) (Entered: 09/07/2004) |
| 09/17/2004 | 36 | OBJECTIONS TO REPORT AND RECOMMENDATION 34 by Nathan nmn Thomas. (Sheehy, James) Modified on 9/20/2004 (PJS). (Entered: 09/17/2004) |
| 09/22/2004 | 37 | ORDER as to Nathan nmn Thomas (1) - Defendant's request for a temporary furlough is GRANTED. The Defendant will be picked up by his uncle at the jail on Friday, 9/24/2004 and will be returned to the jail, by his uncle, on Sunday, 9/26/2004. Signed by Magistrate Judge Susan R Nelson on 9/22/2004. (Certified copies given to USM and Pretrial Services.) (MC) (Entered: 09/22/2004) |
| 11/03/2004 | 38 | MOTION to Continue by Nathan nmn Thomas. (Sheehy, James) (Entered: 11/03/2004) |
| 11/03/2004 | 39 | WAIVER of Speedy Trial by Nathan nmn Thomas (Sheehy, James) (Entered: 11/03/2004) |
| 11/03/2004 | 40 | Certificate of Service by Nathan nmn Thomas re 38 MOTION to Continue, 39 Waiver of Speedy Trial.(Sheehy, James) (Entered: 11/03/2004) |
| 11/03/2004 | 41 | WAIVER of Speedy Trial by Nathan Thomas. (JMM) (Entered: 11/04/2004) |

| 11/05/2004 | 42 | ORDER granting 38 Motion to Continue the trial as to Nathan nmn Thomas (1). Signed by Judge Joan N Ericksen on November 5, 2004. (slf) (Entered: 11/05/2004) |
| --- | --- | --- |
| 11/22/2004 | 43 | ORDER as to Nathan nmn Thomas that 19 motion to suppress Eyewitness Identifications is denied as moot; 13 motion to suppress Evidence Obtained as a Result of Search and Seizure is denied; 23 motion to Suppress Statements is granted in part and denied in part Recommendation. Signed by Judge Joan N Ericksen on (slf) Modified on 11/23/2004 (PJS). (Entered: 11/22/2004) |
| 03/14/2005 | 44 | NOTICE OF CHANGE OF PLEA as to Nathan nmn Thomas. Change of Plea Hearing set for 3/29/2005 02:00 PM in St Paul - Courtroom 3 before Judge Joan N Ericksen. (slf) (Entered: 03/14/2005) |
| 03/29/2005 | 45 | Minute Entry for proceedings held before Judge Joan N Ericksen :Change of Plea Hearing as to Nathan nmn Thomas held on 3/29/2005. Plea entered by Nathan nmn Thomas (1) Guilty Count 1. (Court Reporter Maria Weinbeck) (slf) (Entered: 03/29/2005) |
| 05/31/2005 | 46 | MOTION for Extension of Time to File by Nathan nmn Thomas. (Sheehy, James) (Entered: 05/31/2005) |
| 05/31/2005 | 47 | Certificate of Service by Nathan nmn Thomas re 46 MOTION for Extension of Time to File.(Sheehy, James) (Entered: 05/31/2005) |
| 06/02/2005 | 48 | ORDER granting 46 Motion for Extension of Time to File as to Nathan nmn Thomas (1). Signed by Judge Joan N Ericksen on June 2, 2005. (slf) (Entered: 06/02/2005) |
| 06/06/2005 | 49 | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Nathan nmn Thomas (Attachments: # 1 Certificate of Service)(Dixon, Joseph) (Entered: 06/06/2005) |
| 07/26/2005 | 50 | SENTENCING NOTICE as to Nathan nmn Thomas. Sentencing set for 8/18/2005 09:30 AM in St Paul - Courtroom 3 before Judge Joan N Ericksen. (slf) (Entered: 07/26/2005) |
| 07/27/2005 | 51 | POSITION ON SENTENCING/SENTENCING MEMORANDUM *AMENDED* by USA as to Nathan nmn Thomas (Attachments: # 1 Certificate of Service)(Dixon, Joseph) (Entered: 07/27/2005) |
| 08/15/2005 | 52 | POSITION ON SENTENCING/SENTENCING MEMORANDUM *Sentencing Memorandum* by Nathan nmn Thomas (Sheehy, James) (Entered: 08/15/2005) |
| 08/15/2005 | 53 | Certificate of Service by Nathan nmn Thomas re 52 Position on Sentencing/Sentencing Memorandum.(Sheehy, James) (Entered: 08/15/2005) |
| 08/18/2005 | 54 | Minute Entry for proceedings held before Judge Joan N Ericksen :Sentencing held on 8/18/2005 for Nathan nmn Thomas (1). Count 1, BOP: 121 months; SR: 5 years; Special Assessment - $100.00. (Court Reporter Maria Weinbeck) (slf) (Entered: 08/18/2005) |

| | | |
|---|---|---|
| 08/18/2005 | ●55 | SENTENCING JUDGMENT as to Nathan nmn Thomas (1), Count 1, Custody of BOP for 121 months; 5 years Supervised Release; $100.00 Special Assesment. Signed by Judge Joan N Ericksen on 8/18/2005. (GMO) (Entered: 08/19/2005) |
| 04/03/2008 | ●56 | MOTION to Appoint Counsel by Nathan nmn Thomas. (Attachments: # 1 Certificate of Service) (Olson, Douglas) (Entered: 04/03/2008) |
| 04/04/2008 | ●57 | ORDER granting 56 Motion to Appoint Counsel as to Nathan nmn Thomas (1). Signed by Judge Joan N. Ericksen on April 4, 2008. (slf) (Entered: 04/04/2008) |
| 04/04/2008 | ●58 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Nathan nmn Thomas (Mohring, Andrew) (Entered: 04/04/2008) |
| 01/15/2010 | ●59 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Nathan nmn Thomas. (Mohring, Andrew) (Entered: 01/15/2010) |
| 01/15/2010 | ●60 | MEMORANDUM in Support by Nathan nmn Thomas re 59 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Attachments: # 1 Certificate of Service)(Mohring, Andrew) (Entered: 01/15/2010) |
| 02/12/2010 | ●61 | RESPONSE to Motion by USA as to Nathan nmn Thomas re 59 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Attachments: # 1 Certificate of Service)(Dixon, Joseph) (Entered: 02/12/2010) |
| 02/17/2010 | ●62 | ORDER granting 59 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Nathan nmn Thomas (1). Signed by Judge Joan N. Ericksen on February 17, 2010. (slf) (Entered: 02/17/2010) |
| 01/10/2013 | ●63 | TRANSMITTAL LETTER - Initial Transfer Out as to Nathan nmn Thomas. (jdf) (Entered: 01/10/2013) |
| 01/22/2013 | ●64 | TRANSMITTAL LETTER - Receipt of Initial Transfer Out as to Nathan nmn Thomas. (jdf) (Entered: 01/22/2013) |
| 01/22/2013 | ●65 | Probation Jurisdiction Transferred to Northern District of Illinois as to Nathan nmn Thomas Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet as to Nathan nmn Thomas. (jdf) (Entered: 01/22/2013) |