# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                    Case No.: 1:13–cr–00050
                                                           Honorable Edmond E. Chang

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2014:

      MINUTE entry before the Honorable Edmond E. Chang as to Nathan Thomas: Motion hearing held. Both attorneys, Probation Officer, and the defendant were present in court. Over the government's objection, Defendant's motion for early termination of supervised release [5] is granted, for the reasons stated during the hearing. Defendant's supervised release is terminated. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.